Linda M. Lawson (Bar No. 77130)
LLawson@mmhllp.com
Allison Vana (Bar No. 228282)
AVana@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
COMBINED INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JEANNIE ROBLES, an individual, | Case No. CV10-2590 SJO (PJWx) |
| Plaintiff, | STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| vs. | [F.R.C.P. 41(a)] |
| COMBINED INSURANCE COMPANY, a corporation, and DOES 1 through 30, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between plaintiff JEANNIE ROBLES and defendant COMBINED INSURANCE COMPANY, by and through their respective attorneys of record, that the parties agree to dismiss this action in its entirety, with prejudice as to all defendants, pursuant to the Federal Rules of Civil Procedure, Rule 41(a). Each party shall bear its own attorneys' fees and costs in this matter.

///

///

///

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

113992.1

1

Case No. CV10-2590 SJO (PJWx)
STIPULATION FOR DISMISSAL

1  The parties seek the Court's approval of the dismissal of the action with
2  prejudice.

4  Dated: October 7, 2010

   LAW OFFICES OF ROBERT K. SCOTT
   ROBERT K. SCOTT
   JOEL S. POREMBA

   By: /s/ Robert K. Scott
   Robert K. Scott
   Attorneys for Plaintiff
   JEANNIE ROBLES

10  Dated: October 13, 2010

    MESERVE, MUMPER & HUGHES LLP
    LINDA M. LAWSON
    ALLISON VANA

    By: /s/ Allison Vana
    Allison Vana
    Attorneys for Defendant
    COMBINED INSURANCE COMPANY

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

113992.1

2

Case No. CV10-2590 SJO (PJWx)
STIPULATION FOR DISMISSAL