Linda M. Lawson (Bar No. 77130)
LLawson@mmhllp.com
Allison Vana (Bar No. 228282)
AVana@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
COMBINED INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JEANNIE ROBLES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COMBINED INSURANCE COMPANY, a corporation, and DOES 1 through 30, inclusive,<br><br>Defendant. | Case No. CV10-2590 SJO (PJWx)<br><br>ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>[F.R.C.P. 41(a)] |

Based upon the stipulation of the parties and for good cause shown, **IT IS HEREBY ORDERED** that this action, Case No. CV10-2590 SJO (PJWx), is dismissed in its entirety as to all defendants, with prejudice; and

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

Dated: October 19, 2010

_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

113993.1

Case No. CV10-2590 SJO (PJWx)
[PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1